# Exhibit 1

Anne S. Thomas
████████████
Charleston, S.C. ████

February 11, 2019

The Honorable David C. Norton
United States District Court for the District of South Carolina
P.O. Box 835
Charleston, S.C. 29402

Re:    Brantley D. Thomas, III

Dear Judge Norton,

My oldest son Brantley Denmark Thomas, III, has been a loving caring son, brother, husband and father.  Growing up he was a good and dutiful son. He was always kind to friends and family and very involved in the lives of our large and extended family.

Through the last year and a half, Brantley has been with me at ████████████.  I encouraged him to seek psychological and alcoholic counselling . He did this on his own prior to his arrest in Greenville in December 2018. He chose to seek help first at Waypoint in Cameron, S.C. and then he continued his therapy at Safety Net near Greenville S.C.

His only child, Mary Jordan, is a lovely, charming daughter who is dearly loved by both of her parents. Brantley has been devoted to his daughter since the day she was born. He has been very involved in her life, attending the many dance recitals and competitions to name a few. He has always been there for her. She is a freshman at Winthrop University looking forward to a future working with children. I have a small bed and breakfast on the ground floor of my house at ███ ██████ and almost every weekend Mary Jordan came to be with him there.  They would have Saturday night supper together and then Sunday dinner with me and all the family - a tradition in the Thomas family since Brantley was born. Despite the difficulty of this situation the relationship between Father and Daughter has survived.

I am in shock at the terrible crime my son has committed. He has apologized for his conduct and what it has done to his family. He wishes to accept his due punishment and to make restitution.   My hope is that a fair, just, and compassionate judgment can be found.

Sincerely yours,

*Anne Siegling Thomas*
Anne Siegling Thomas