# Exhibit 2

Kathleen B. Thomas
Wando, S.C.

February 15, 2019

The Honorable David C. Norton
United States District Court for the District of South Carolina
P.O. Box 835
Charleston, S.C. 29402

Dear Judge Norton,

I am Brantley's step-mother and I have known him for close to twenty-five years. The Brantley of all these years is a very devoted and compassionate man. I know Brantley will be facing sentencing in connection with his guilty plea. These serious charges have been devastating to me and were to Brantley's father. It is virtually impossible to link the man we know with these crimes. The sorrow and remorse that Brantley has expressed over this past year have been heart breaking.

Denny, Brantley's father, thought of him as being responsible and reliable for whatever was needed. Of Denny's five children, Brantley was always called first when help was needed. Brantley's response was always, "What can I do?", "How can I help?" or "I can do that!"

Denny was diagnosed with Idiopathic Pulmonary Fibrosis. When MUSC told us there were no treatment options available we decided to get a second opinion at Duke. When we told the children of our intention Brantley immediately said, "I'll drive you up there and take care of everything." He took personal days off from work to make this trip with us. We did not get the answers we were looking for but were told to "Go home and focus on the quality of life." This was one of the most difficult times in our lives. Brantley was remarkable and we could not have made that trip without him. Prior to the trip, Brantley had been a rock for Denny but over those three days he became a rock for me as well.

With Brantley by our side, we did focus on quality of life. Brantley was with us as often as possible, doing everything humanly possible. Denny died in January of this year and the family is devastated. Brantley is just as devoted to his mother, siblings, daughter, nieces, nephew and friends and it will be tremendously difficult for each of us to be without him while he is serving his sentence. The Brantley that we, his family know is such a very different person than the man who committed these crimes. Our Brantley is a kind, gentle and loving man. I hope you will be able to take this into account.

Thank you,

*Kathy*

Kathleen B. Thomas