# Exhibit 3



Liz Anderson
Charleston, SC

(843)

Dear Judge Norton,

I am the oldest niece of Brantley Thomas. Ever since I was a little girl, Brantley has been an integral and stable part of my life.

Growing up, I had a very difficult relationship with my father's family and in turn found a haven in my maternal side of which Brantley is a very large part. As my godfather, he has always been there for me, present at every birthday and graduation that I can remember, and always been very open about being a helping hand if I ever needed one.

When I was seventeen, my father passed away in a jarring accident. As a teenager, I had a very hard time dealing with this. Brantley, at the funeral in the upstate, told me that he would always be there for me should I ever need anything, and I sincerely have felt in the past twelve years that he meant every single word of it.

Throughout these past few years, even as my family has been dealing with the sickness and recent death of my grandfather and the discovery of Brantley's crimes, we have remained very close knit. My grandmother has a family dinner every Sunday, which Brantley has always attended. We get together for birthdays and other events, but also talk and see each other frequently throughout the week.

I am aware of my uncle's crimes and understand that he must and should pay his debt to his society. As he does, I will continue to look forward to the time that Brantley will be able to join us once again at the Sunday dinner table and he can resume his role in my life as the loving godfather and uncle that I have always known.

I know I am not the only one who will miss him during this time. His daughter will miss out on his support and affection as she starts a new chapter in her life, starting college. His mother, my grandmother, has made it clear to me how worried she already is and how much she will miss him while he is in prison. Not only that, but she will also not have him around to help her around the house to aid her in caring for her property. While we all understand the severity of his crimes and are reconciling this in our minds and hearts, we also know that we will miss quite possibly the kindest, gentlest, and attentive family member that we have.

Thank you for taking the time to read this letter.

Sincerely,

Liz Anderson

Scanned with CamScanner