# Exhibit 4

Elizabeth T. Thomas
████████████
Charleston, S.C. ████

February 11, 2019

The Honorable David C. Norton
United States District Court for the District of South Carolina
P.O. Box 835
Charleston, S.C. 29402

    Re:    Brantley D. Thomas, III

Dear Judge Norton,

I am Brantley Thomas' sister. I would like to tell you a little about Brantley and our family. Brantley is the oldest of five children, and I am the next oldest. The youngest is sister Sallie who is 12 years younger than Brantley and ten years younger than me. We were a very close knit family, and still are. As the oldest two children, Brantley and I had a lot of responsibility and fun taking care of the younger children. Brantley has always been such a conscientious caretaker and generous person to his family. As we grew older Brantley was a little shy, but very friendly and involved with friends and school. He was kind and thoughtful, and always willing to offer a helping hand.

He went off to Wofford for College and, soon after, I went to Emory. After college he moved to the upstate and got married. He stayed up there until the early 1990's. His first marriage had ended and he moved back to the Charleston area. I was here practicing law and was raising a daughter as a single mother. Brantley is my daughter's, Liz's, godfather. He has always been there for me and Liz. I don't think he ever missed a birthday party for Liz. He was always there for her and me if we needed help. In 1996, he remarried to Debra Gallagher. They had one child, Mary Jordan, who was born in 2000. He has been a devoted and committed father to her from the very beginning. He has always been very involved in her education and extracurricular events. Until he was placed on house arrest, he attended every dance recital, every cheer competition, inductions into societies, cotillion, literally every event he could attend, he was there for her. Mary Jordan means the world to him.

In 2006, my daughter's father died unexpectedly. It was very difficult time for my daughter and me. Brantley came to his funeral in the upstate to support her on that difficult day and has been a rock for Liz ever since.

In the last two years, my otherwise very healthy father became ill with Idiopathic Pulmonary Fibrosis. It is a chronic, untreatable lung disease. IPF patients essentially strangle to death. It is

incredibly difficult to watch a loved one suffer and die in this way. Despite the terrible things he has been dealing with over the last 18 months, Brantley was at his side every minute that he could, and spent lots of time with him before he died in January, 2018.

My eighty-five year old mother has lived alone since the early 1990's. Brantley has had dinner with her every Sunday that he was in town, and lived in her basement apartment since he and his wife separated until he moved to Greenville to live in a sober living facility managed by the Safety Net Program. He is always offering to help her and is generous with his time. He watches out for her and helps her around the house, which is a great comfort to me and my brothers and sister. When she had heart procedure, he was at her side in the hospital and checked on her daily as she recovered.

As mentioned above, Brantley had begun to seek in earnest alcohol abuse treatment and mental health treatment. He successfully completed a thirty day inpatient program at Waypoint in Cameron, SC, then joined the outpatient Safety Net Recovery Program in Greenville. He was doing well until his arrest.

Brantley is a loving brother, father, godfather and son. He is ready to accept his punishment and understands that that will involve time in prison. His time incarcerated will be very difficult for Mary Jordan who started college last fall, and our mother. We hope that he will be near enough to us to visit him regularly.

Sincerely,

Elizabeth Thomas