# Exhibit 5

John M. Thomas
██████████
Charleston SC ████


Dear Judge Norton,

I wanted to write a few words of support for my brother Brantley Thomas who stands before you to be judged.   I have had a difficult time understanding what Brantley has done.  He has asked for our forgiveness and apologized, and I have worked hard to forgive him.    We, as a family, are not sure what lead him down this path.  He has been throughout his life a wonderful brother, a thoughtful son, and a steadfast kind friend to many.

His daughter Mary Jordan, my niece, unfortunately will pay the dearest price as she loses her father to the hands of justice for some time. Please consider her future and Brantley's past achievements as you decide his punishment. Your service to our community is greatly appreciated and I hope your wisdom will prevail with a fair, just, and compassionate sentencing.


Kind Regards,

John M. Thomas

2 - 11 - 2019