# Exhibit 6



11/2/2018

Re: Brantley Thomas

Leon Stavrinakas,

This is official notice of Brantley Thomas's discharge from services at Waypoint Recovery Center successfully (10/1/1208 to 10/31/2018) and the recommendation that he continue with a Sober Living Environment (SLE) upon discharge from the facility and also with Alcoholics Anonymous (AA). The SLE we recommend is Safety Net in Greenville, SC and then secondarily Any Lengths in Sumter. We recommend AA to continue the work he has started in this facility and to gain additional support with his new lifestyle and recovery from his alcohol use disorder. We strongly encourage attending 1 meeting a day, obtaining a sponsor, and also meeting with his sponsor to begin working the 12 Steps. If there are any further questions, please do not hesitate to ask and all appropriate releases of information are signed with use to speak with you about Mr. Thomas.

Sincerely,

W. Jonas Coatsworth MA, LPC, CAC-II
Director of Clinical Services
Waypoint Recovery Center
Phone: ███████████

Waypoint Recovery Center, 5401 Netherby Lane, Suite 402, North Charleston, SC 29420
Phone: 843-444-5200