# Exhibit 7



## safetynet
**R E C O V E R Y®**

576 Woodruff Road, Suite D          Greenville, SC, 29607          864-302-3375

December 5, 2018

To whom it may concern:

Brantley Thomas transitioned to Safety Net Recovery on November 13, 2018, to add measures of structure and accountability which have strengthened his recovery. He transitioned from Waypoint Recovery, where he completed residential inpatient treatment.

To this point, Brantley is working an extremely healthy program. He is becoming acclimated to the recovering community throughout Greenville and is establishing healthy connections with others who are in recovery. He is seeking a 12 Step sponsor, who will help him work through the 12 Step recovery method. He attends at least one 12 Step meeting every day, and some days attends multiple meetings. He does not hesitate to share his strength and hope at those meetings. He is yet to miss a single mandatory Safety Net community meeting or group.

Brantley is drug screened randomly twice each week, with laboratory-driven results for over 60 mood-altering substances, including designer drugs. There are two specific screens for the presence of alcohol. Brantley has tested negative on each laboratory screen.

Procuring at least part-time, gainful employment is a requirement at Safety Net, and Brantley is currently seeking a position.

Brantley Thomas is a pleasure to work with from a counseling standpoint. He is required to meet with me weekly for individual counseling. He is in full and total compliance with all Safety Net rules and requirements.

Should Brantley continue his current path, his chances at long-term sobriety are very good.

Please contact me with questions.

Very sincerely,

Chuck Tucker, NCAC,CAC,CAMS,CGRS
Director of Outreach
Safety Net Recovery