Brantley D. Thomas, III, BOP # 33025-171
FCI Jesup
Federal Correctional Institution
Federal Satellite Low
2680 Hwy 301 South
Jesup Ga, 31599

The Honorable David C. Norton
US District Judge
US District Court
P.O Box 835
Charleston, S.C. 29402

Re: USA v Brantley D. Thomas, III
2:17-cr-01150-DCN

Dear Judge Norton,

This letter is to request the appointment of a public defender. I wish to petition the court for compassionate release pursuant the CARES Act because of the Covid-19 pandemic. I have requested permission from the warden for the release, but I have been denied. A copy of the denial is attached.

I understand that because of my financial situation I may be entitled to the appointment of a federal public defender. I currently have no income as my pension is being garnished, and because of the situation in Jesup FCI all work has been halted.

Currently, in Jesup there are 1341 prisoners. As of July 27, 2020 there are 256 pending cases and one death. Only 368 tests have been run, so 70% of the inmates tested have been positive. Sixteen guards have tested positive. One inmate has died. Jesup has the fourth highest case count in the country, according to the BOP. I currently have several risk factors of severe complications should I be exposed to the virus and become infected. The grounds for my request would be more fully set forth in a petition, but I need help from a public defender in preparing it.

Respectfully,

Brantley D. Thomas, IIII

## ADMINISTRATIVE REMEDY RESPONSE

**INMATE: THOMAS, Brantley Denmark**  
**REG. NO.: 33025-171**

**REMEDY NO.:1028160-F1**

This is in response to your Request for Administrative Remedy wherein you request a Compassionate Release under the CARES Act section 12003(b)(2) and home confinement under 3624(c)(2) and 3582(c) sentence reduction.

Title 18 of the United States Code, section 3582(c)(1)(A), allows a sentencing court, on motion of the Director of the BOP, to reduce a term of imprisonment for extraordinary or compelling reasons. BOP Program Statement No. 5050.50, Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C. §§ 3582(c)(1)(A) and 4205(g), provides guidance on the types of circumstances that present extraordinary or compelling reasons, such as the inmate's terminal medical condition; debilitated medical condition; status as a "new law" elderly inmate, an elderly inmate with medical conditions, or an "other elderly inmate"; the death or incapacitation of the family member caregiver of the inmate's child; or the incapacitation of the inmate's spouse or registered partner. Your request has been evaluated consistent with this general guidance.

You do not meet the criteria for Compassionate Release/Reduction in Sentence based on sections 571.61(3)(a), Terminal Medical Condition, and 571.61(3)(b), Debilitated Medical Condition. You are currently classified as a medical care level 2 with no medical restrictions. According to the FCI Jesup Health Services Department, you have no chronic health conditions and are controlled with conservative treatments. You do not meet the criteria for a Reduction in Sentence for a terminal or debilitated medical condition.

The BOP is taking extraordinary measures to contain the spread of COVID-19 and treat any affected inmates. We recognize that you, like all of us, have legitimate concerns and fears about the spread and effects of the virus. However, your concern about being potentially exposed to, or possibly contracting, COVID-19 does not currently warrant an early release from your sentence.

Current guidance indicates your risk level of recidivism must be Minimum to be considered for Home Confinement. You have been re-assessed by your Unit Team and your Risk of Recidivism remains Low, which make you ineligible.

Based on the aforementioned, your request for relief is denied.

If you are not satisfied with this response, you may appeal on the appropriate form to the Regional Director, Southeast Regional Office, 3800 Camp Creek Parkway, S.W., Building 2000, Atlanta, Georgia, 30331-6226. Your appeal must be received in the Regional Director's Office within 20 days of the date of this response.

Linda Geter, Warden

Date 7/9/20

Bradley Dumon, 33025-171
Georg FSL
2680 Highway 301 South
Georg, GA. 31599

JACKSONVILLE FL 320
30 AUG 2020 PM 5 L

The Honorable David C. Norton
US District Judge
US District Court
P.O. Box 835
Charleston, S.C. 29402

ITEM X-RAYED BY USMS